IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KIRAN KUMAR YERAKALI,**

    Petitioner,

v.                                                           Civil Action No. 3:20cv730

**WILLIAM BARR,** *et al.*,

    Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on September 30, 2020, the Court conditionally docketed Petitioner's action and directed him to complete and return the standardized form for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. On October 26, 2020, United States Postal Service returned the September 30, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," because Petitioner was released from custody. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                              /s/
                                                               M. Hannah Lauck
                                                              United States District Judge

Date: 10/30/2020
Richmond, Virginia